**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD D. HEYER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANGELA KRUEGER, et al.,<br><br>　　　　　Defendants. | Case No. 1:13-cv-01297 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ORDER TO PRODUCE DOCUMENTS<br><br>(Document 22) |

　　　　Plaintiff Richard D. Heyer ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on August 5, 2013, and the action was transferred to this Court on August 13, 2013.

　　　　Plaintiff filed a First Amended Complaint on November 18, 2013, and it is currently awaiting screening.

　　　　Also on November 18, 2013, Plaintiff filed a motion requesting that the Court order either the Tulare County Superior Court or Defendant Angela Kruger to "furnish page (2) of Plaintiff's originally issued record subpoena served cell front on June 7, 2013." Mot. 1.

　　　　The Court has previously denied a request from Plaintiff to serve discovery. While Plaintiff states that the instant motion is "not a discovery motion," he is incorrect. Plaintiff is essentially requesting that this Court either (1) serve a subpoena duces tecum on a third party; or (2) require a Defendant to produce a document. This constitutes discovery.

1

1  Again, discovery has not yet opened in this action. If the Court screens Plaintiff's First Amended Complaint and finds that it states cognizable claims, the Court will issue an order opening discovery after Defendants file an answer. <u>In other words, until the Court determines that Plaintiff's First Amended Complaint states a cognizable claim, it will not order the production of documents from a party or non-party.</u>

Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated:   **December 4, 2013**              /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE