# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD D. HEYER,<br><br>    Plaintiff,<br><br>    v.<br><br>ANGELA KRUEGER, et al.,<br><br>    Defendants. | Case No. 1:13-cv-01297 DLB PC<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR CLARIFICATION<br><br>(Document 24) |

    Plaintiff Richard D. Heyer ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on August 5, 2013, and the action was transferred to this Court on August 13, 2013.

    Plaintiff filed a First Amended Complaint on November 18, 2013. The First Amended Complaint appears to set forth due process and other issues related to the allegedly unlawful actions of a public defender and the Litigation Coordinator at Plaintiff's prior place of incarceration.

    On December 16, 2013, Plaintiff filed a motion requesting that the Court refer to his complaint not as a "First Amended Complaint," but as an "Eighth or Fourteenth Amendment Complaint." Plaintiff states that his complaint does not include any First Amendment issues.

1    Plaintiff's motion is DISREGARDED as unnecessary and incorrect.  The "First Amended
2 Complaint" means that his original complaint has been amended and is now referred to as a First
3 <u>Amended </u>Complaint.  It has nothing to do with the causes of action alleged in the complaint.

IT IS SO ORDERED.

    Dated:   **December 17, 2013**                           /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE